UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Adam F. Blaskowski,

        Plaintiff,

vs.

ORDER ADOPTING
REPORT AND RECOMMENDATION

State of Minnesota, et al.,

        Defendants.        Civ. No. 15-2733 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. This action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff Adam F. Blaskowski's application to proceed *in forma pauperis* [ECF No. 11] is DENIED.

3. Let Judgment is entered accordingly.

DATED: August 4, 2015        s/Michael J. Davis
At Minneapolis, Minnesota        Michael J. Davis, Judge
        United States District Court